# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TARA BOYLE,**

    **Plaintiff,**

vs.                            CASE NO.: 6:23-cv-110-ACC-EJK

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY,**

    **Defendant.**

_____ /

## JOINT NOTICE OF SETTLEMENT

COME NOW, the Plaintiff and the Defendant, by and through the undersigned counsel and hereby notify the Court that this matter was settled pursuant to Local Rule 3.09(a). The parties will file an appropriate Stipulation dismissing this matter once the final settlement documents have been executed.

Date: July 18, 2023

| | |
|---|---|
| _____/s/Gregory D. Swartwood_____ | _____/s/Lee W. Marcus_____ |
| Gregory D. Swartwood, Esquire | Lee W. Marcus, Esquire |
| Florida Bar No. 858625 | Florida Bar No. 967076 |
| The Nation Law Firm, LLP | Marcus & Myers, P.A. |
| 570 Crown Oak Centre Drive | 6150 Metrowest Blvd., Ste. 208 |
| Longwood, FL 32750 | Orlando, FL 32835 |
| Telephone: (321) 397-9775 | Telephone: (407) 447-2550 |
| Facsimile: (407) 867-4845 | Facsimile: (407) 447-2551 |
| E-mail: gswartwood@nationlaw.com | Email: lmarcus@marcusmyerslaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |